LINK:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 14-00677 BRO (Ex) | Date | April 14, 2015 |
|---|---|---|---|
| Title | JESUS AYALA V. TACOS MEXICO, INC. ET AL. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:
Not Present   Not Present

**Proceedings:**   (IN CHAMBERS)

### ORDER TO SHOW CAUSE RE: SANCTIONS

On September 15, 2014, the Court issued a Pretrial Order setting all pretrial and trial dates for this matter. (Dkt. No. 15.) Pursuant to this order, the last date for hearing motions, including motions for summary judgment, was set for April 6, 2015. (Dkt. No. 15 at 14.) This Court's Standing Order also requires that "[a] motion under Rule 56 must be filed at least forty-nine (49) days prior to the date on which the motion is noticed for hearing." (Standing Order Regarding Newly Assigned Cases ¶ 8(c), *available at* http://court.cacd.uscourts.gov/cacd/JudgeReq.nsf/f6beb3edf125e6e788257272006231a2/e7f9811d815316c188257b5200513ab5/$FILE/Standing%20Order.pdf; Dkt. No. 5 at 8.) Any party wishing to file a motion for summary judgment in this matter was therefore required to do so by Monday, February 16, 2015.

Despite the Court's clear instructions, Defendant filed a motion for summary judgment on April 6, 2015, noticing the hearing for May 4, 2015, (Dkt. No. 25), thereby violating both the Court's Pretrial Order and its Standing Order, (Dkt. Nos. 5, 15). Defendant is therefore **ORDERED TO SHOW CAUSE** why the Court should not sanction Defendant for failing to comply with its orders. Defendant's response to this order to show cause must be filed **no later than Friday, April 17, 2015, at 9:00 a.m.** An appropriate response to this order will include reasons demonstrating good cause for Defendant's failure to comply with this Court's orders.

**IT IS SO ORDERED.**

:

Initials of Preparer   rf